FILED
JAMES BONINI
CLERK
2009 APR 14 PM 12: 03

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV DAYTON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| EVA JOHNSON, | : | |
| Plaintiff, | : | Case No. 3:08-cv-199 |
| - vs - | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Michael R. Merz |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #10), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is ORDERED that the Commissioner's decision that Plaintiff is not disabled is hereby REVERSED. This matter is remanded to the Commissioner for any administrative proceedings necessary to make a determination as to whether Plaintiff is disabled. The clerk to enter judgment accordingly.

April 14, 2009.

Thomas M. Rose
United States District Judge